# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App., §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Winder, David K. | United States District Court - Utah | 2/25/05 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior Status | ___ Nomination, Date _____ <br> ___ Initial ___ Annual ___ Final | 1/01/04 - 12/31/04 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 350 South Main, #110 <br> Salt Lake City, UT 84101 | Reviewing Officer _____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [X] **NONE** (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements.) | |
| 1 | |
| 2 | |
| 3 | |

*(stamp: FINANCIAL DISCLOSURE OFFICE — 2005 MAR -2 A 10: 4 — RECEIVED)*

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| [ ] NONE (No reportable non-investment income.) | | |
| 1 2004 | Gaming winnings - State of Nevada | $ 1,285.00 |
| 2 | | $ |
| 3 III B 2004 | ███ non-investment income - gaming winnings - State of Nevada (amount need not be reported) | $ |
| 4 | | $ |
| 5 | | $ |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| **X** | NONE (No such reportable reimbursements.) | |

1
2
3
4
5
6
7

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| **X** | NONE (No such reportable gifts.) | | |

1
2 $
3 $
4 $

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| **X** | NONE (No reportable liabilities.) | | |

1
2
3
4
5
6

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | | P2=$5,000,001-$25,000,000 | |
| | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>WINDER, David K. | Date of Report<br>2/25/05 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of

*spouse and dependent children. See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure. | B.<br>Income during<br>reporting period | | C.<br>Gross value<br>at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code3<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| ☐ | NONE | (No reportable income, assets, | | | | | | | |
| 1 | Alliance Airport Authority bonds | A | Interest | J | T | | | | |
| 2 | Colonial Municipal Inc. Trust | E | Interest | O | T | | | | |
| 3 | Arizona Health Authority bonds | B | Interest | J | T | | | | |
| 4 | Maine Health & Higher Ed. (acqu. 9/93) | | | | T | Sell | Jan. | D | A | |
| 5 | Putnam Tax-Free Health Care | E | Interest | N | T | | | | | Alliance Corporation |
| 6 | MuniVest Fund, Inc. | E | Interest | O | T | | | | |
| 7 | Sacramento de la Plata MEX corp. | | None | J | W | | | | |
| 8 | Merrill Lynch Municipal Investment Trust | A | Interest | J | T | | | | |
| 9 | Intermountain Power Agency (acqu 2/93) | | | | T | Sell | August | D | A | *see expl. Sec. VIII |
| 10 | Elan Corp., PLC | A | Dividend | J | T | | | | |
| 11 | SCI Management Corp. | C | Interest | K | W | | | | |
| 12 | Maine Housing Authority | A | Interest | K | T | | | | |
| 13 | King County WA, SWR | A | Interest | J | T | | | | |
| 14 | Central Utah Water Conservancy District | A | Interest | J | T | | | | |
| 15 | Municipal Investment Trust Defined Asset | B | Interest | L | T | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B I, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 16 | General Electric | A | Dividend | K | T | | | | | |
| 17 | Clark County NV Bd Bk | C | Interest | K | T | | | | | |
| 18 | N. Central TX Health | C | Interest | K | T | | | | | |
| 19 | Exxon Mobil | C | Dividend | K | T | | | | | |
| 20 | Blackrock Municipal | B | Interest | K | T | | | | | |
| 21 | Johnson & Johnson | A | Dividend | K | T | | | | | |
| 22 | Cohen & Steers - Merrill Lynch Ret. Acct | B | Interest | K | T | | | | | |
| 23. | Kroger Co. | A | Dividend | K | T | | | | | |
| 24 | Raytheon Co. | A | Dividend | K | T | | | | | |
| 25 | Colgate-Palmolive | A | Dividend | K | T | | | | | |
| 26 | Brown & Brown | A | Dividend | K | T | | | | | |
| 27 | Best Buy Co., Inc. | A | Dividend | K | T | | | | | |
| 28 | Consolidated Edison | A | Dividend | K | T | buy | 1/27 | K | | |
| 29 | Bear Stearn | A | Dividend | K | T | buy | 4/2 | K | | |
| 30 | Nicholas Applegate | A | Dividend | K | T | buy | 6/23 | K | | |
| 31 | Allstate Corporation | A | Dividend | K | T | buy | 7/16 | K | | |
| 32 | Lowe's Company | A | Dividend | K | T | buy | 8/20 | K | | |
| 33 | Costco | A | Dividend | K | T | buy | 11/1 | K | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | WINDER, David K. | 2/25/05 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

\* VII. INVESTMENTS and TRUSTS   Line 9 - Intermtn Power Agency   This sale included all remaining holdings in this company, following the partial sale reported in the 2003 Report.

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date _February 28, 2005_

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

---

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United Stat s Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544